UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KIMBERLY LYNN AUSTIN,

                    Plaintiff,            1:18-cv-00371-EAW

-v-

ANDREW SAUL[1],
COMMISSIONER OF SOCIAL SECURITY

                    Defendant.

## STIPULATION FOR ATTORNEY FEES

**IT IS HEREBY STIPULATED** by and between Sergei Aden, Special Assistant United States Attorney, for James P. Kennedy, Jr., the United States Attorney for the Western District of New York, attorneys for the defendant herein, and Mary Ellen Gill, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay attorney fees to the Plaintiff in the amount of **$7,380.81,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

---

1 Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

DATED: Buffalo, New York, March 23, 2020.

          JAMES P. KENNEDY, JR.
          United States Attorney
          Western District of New York

BY: /s/ *Sergei Aden*
Sergei Aden
Social Security Administration
Office of General Counsel
26 Federal Plaza
Room 3904
New York, NY 10278
212-264-3650
Fax: 212-264-6372
Email: sergei.aden@ssa.gov

BY: /s/ *Mary Ellen Gill*
Mary Ellen Gill, Esq.
Law Offices of Kenneth Hiller
6000 North Bailey Avenue
Suite 1A
Amherst, NY 14226
716-564-3288
Fax: 716-332-1884
Email: megill@kennethhiller.com

**SO ORDERED:**

_____
**HONORABLE ELIZABETH A. WOLFORD
UNITED STATES DISTRICT COURT**

**DATED:** March 24, 2020